UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ANTOINETTE LYNEM**                                            **PLAINTIFF**

v.                                   **CIVIL ACTION NO: 3:07-CV-P85-H**

**WILEEN BARNETT et al.**                            **DEFENDANTS**

**ORDER**

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and (b)(2) for failure to state a claim upon which relief may be granted and for seeking monetary damages against defendants who are immune.

There being no just reason for delay in its entry, this is a final order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the Memorandum Opinion. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:        Plaintiff, *pro se*
            Defendants
            Attorney General
4412.009